FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN
FEB 02 2012
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | ) | No. 12-mj-1003 |
| OF THE UNITED STATES OF AMERICA | ) | |
| FOR AN ARREST WARRANT OF | ) | |
| TRAVIS LAMONT SUGGS, | ) | UNDER SEAL |

## ORDER

The material in the above-entitled case is hereby ordered SEALED until further Order of the Court.

DATED: February 2, 2012, in Nashville, Tennessee.

_____
HONORABLE JULIET GRIFFIN
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF TENNESSEE