> **Motion GRANTED.**
> **Hearing set for 12/10/12 at 12:30 p.m.**
>
> */s/ Aleta A. Trauger*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-cr-00046 |
| ) | JUDGE Aleta A. Trauger |
| TRAVIS LAMONT SUGGS ) | |

## MOTION FOR STATUS CONFERENCE

Comes James A. Simmons, counsel for Defendant Travis Lamont Suggs, and moves this Honorable Court to schedule a status conference pursuant to Rule 43(b)(3), prior to the trial of this case which is scheduled to begin on December 18, 2012. Counsel is available any day, at any time, the week of December 10, 2012. The purpose of the conference will be to discuss procedure and therefore will not require transportation of the defendant. Counsel has discussed the need for a status conference with Scarlett M. Singleton, AUSA, who is not opposed to this motion.

Respectfully submitted,

/s/ James A. Simmons
JAMES A. SIMMONS, #10107
Attorney for Travis Lamont Suggs
Hazel Path Mansion
105 Hazel Path
PO Box 2934
Hendersonville, TN 37077
(615) 824-9131

## CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been served either by electronic filing in the federal court electronic filing system or regular US mail, postage pre-paid, on this the 5th day of December, 2012, to the following:

Scarlett M. Singleton, AUSA
110 Ninth Avenue South, A-961
Nashville, TN 37203-3870

/s/James A. Simmons
JAMES A. SIMMONS