IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00046 |
| | ) | Judge Trauger |
| | ) | |
| TRAVIS SUGGS | ) | |

## **O R D E R**

The parties have informed the court that this case has settled and that they request a change of plea hearing. It is therefore **ORDERED** that the suppression hearing scheduled for February 8, 2013 is **CANCELLED**, and a change of plea hearing is scheduled for February 8, 2013 at 10:00 a.m.

It is so **ORDERED**.

ENTER this 4th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge