**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.  3:12-cr-00046 |
| | ) | Judge Trauger |
| TRAVIS SUGGS | ) | |
| | ) | |

## O R D E R

It is hereby ORDERED that the hearing on the  Petition to Revoke Supervised Release

(Docket No. 87) is RESET for further hearing on Friday, April 8, 2016 at 2:00 p.m.

It is so **ORDERED**.

ENTER this 24th day of March 2016.

_____
ALETA A. TRAUGER
U.S. District Judge